# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0118
LT Case No. 16-2012-CF-005207-A

_____

KENDRICK MICHAEL JACKSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

Jacob Grollman, of Grollman Law P.A., Bradenton, for
Appellant.

James Uthmeier, Attorney General, and Darcy Townsend,
Assistant Attorney General, Tallahassee, for Appellee.

June 30, 2026

PER CURIAM.
    AFFIRMED.

WALLIS, LAMBERT, and EDWARDS, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————